

# SUBHAN TARIQ
The Law Offices of Subhan Tariq, Esq., PLLC

January 11, 2016

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

    Re:    *Lawrence, et al. v. Ocwen Loan Servicing LLC, et al.*
              Civil Action No. 16-cv-00107 (KPF)(DCF)

Dear Judge Failla:

I represent the plaintiffs in the above referenced action.

I initiated the above referenced case on January 7, 2016. I have since decided to dismiss or otherwise close this case. No summons has been issued or served, and no defendants have been served or have appeared.

I was instructed by the ECF help desk that since a Judge has been assigned I needed to contact the Judge to find out the correct procedure to dismiss or otherwise close the case.

Respectfully submitted,

Subhan Tariq
*Attorney for Plaintiffs*

Licensed in New York and New Jersey
216-14 Jamaica Avenue ||| Queens Village, NY 11428 ||| Tel 516-900-4529